ADOLPH WITTEMANN, Respondent, v. LORILLARD SPENCER, Appellant.— Motion to resettle order granted, without costs, and order signed. Present — Kelly, P. J. Jaycox, Kelby, Young and Kapper, JJ.

PHILIP ZUNSER, Respondent, v. DAVID J. STEINBERG, Appellant.— Motion to discharge defendant from custody pending appeal denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

SAMUEL BLANK and Others, Appellants, v. MORRIS B. EVENS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

HOISTING ENGINE SALES COMPANY, INC., Appellant, v. JOHN J. HART, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JEANNETTE KING, as Executrix, etc., of ELLIOTT H. KING, Deceased, Respondent, v. CAROLINE CANDIDUS, Appellant.— Appeal dismissed in open court, with costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELSIE L. HANNEMAN MCAVOY, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— On reargument [See 204 App. Div. 896], order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

MOLLIE DOGIN, Respondent, v. ALTE LAPAIDUS and Others, Appellants.— We see no merit in this appeal or the motion made. It was the spirit and intent of our decision [Dogin v. Gerzovsky, 204 App. Div. 898] that these defendants should go before the trial judge, have a date fixed upon which their testimony could be submitted, give notice to the other side of the date thus fixed and go before the trial judge and submit the testimony. This testimony would be considered as having been taken before the entry of the judgment, and if it warranted any other or different decision or finding the trial court could have made it, and if for the purpose of entering the appropriate judgment it was necessary to vacate the judgment already entered, it could have done so. The appellants have given us no proof that they have any additional evidence to present. Apparently there is no more basis for vacating the proceedings already had than there was before. Order denying the motion to vacate judgment affirmed, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

LOUIS P. GOLDBERG, Appellant, v. ADAM KLETZ and RICHARD E. ENRIGHT, Respondents.— Orders of the County Court of Kings county, allowing amendment to the answer, affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

MAE HACKETT, Respondent, v. MINERVA T. HAWKINS, Sued Herein as MARJORY HAWKINS, Appellant.— Appeal dismissed in open court, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Young and Kapper, JJ., concur.